UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>    -v-<br><br>AT&T INC., CHRISTOPHER C. WOMACK, KENT D. EVANS, and MICHAEL J. BLACK,<br><br>         Defendants. | No. 1:21-cv-01951-PAE |

### DEFENDANT AT&T INC.'S DEMAND FOR JURY TRIAL

  Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant AT&T Inc. demands a jury trial on all issues so triable.

Dated: May 7, 2021

         **NORTON ROSE FULBRIGHT US LLP**

        By: /s/ Richard S. Krumholz
           Richard S. Krumholz
           2200 Ross Avenue
           Suite 3600
           Dallas, Texas 75201
           Tel: (214) 855-8000
           Fax: (214) 855-8200
           richard.krumholz@nortonrosefulbright.com

           Peter A. Stokes (*pro hac vice* pending)
           98 San Jacinto Boulevard
           Suite 1100
           Austin, Texas 78701
           Tel: (512) 536-5287
           Fax: (512) 536-4598
           peter.stokes@nortonrosefulbright.com

        Seth M. Kruglak
        1301 Avenue of the Americas
        New York, New York  10019
        Tel:  (212) 318-3000
        Fax: (212) 318-3400
        seth.kruglak@nortonrosefulbright.com

**WILLKIE FARR & GALLAGHER LLP**

        Randall W. Jackson
        Brittany Wagonheim
        787 Seventh Avenue
        New York, New York  10019
        Tel:  (212) 728-8216
        Fax: (212) 728-8111
        rjackson@willkie.com
        bwagonheim@willkie.com

*Attorneys for AT&T Inc.*