UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
SECURITIES AND EXCHANGE COMMISSION, :
:
                                    Plaintiff, :      21 Civ. 1951 (PAE)
:
                  -v-                     :          ORDER
:
AT&T INC., et al., :
:
                              Defendants. :
:
------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

    On June 7, 2022, the Court scheduled argument in this case for July 6, 2022 at 10 a.m. Dkt. 162.

    The Court hereby notifies the parties that the argument will last approximately three hours, with each side allocated 90 minutes, and defendants arguing first. There will be a short break between defendants' and plaintiff's arguments.

    To assure an orderly and efficient presentation, the Court directs each side to identify for the Court, by email due July 5, 2022, at noon, which counsel will be speaking for each side, on which topics, and the time allocated to each speaker. The Court's email address is EngelmayerNYSDChambers@nysd.uscourts.gov.

    SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                           Paul A. Engelmayer
                                                           United States District Judge

Dated: June 30, 2022
       New York, New York