UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

21 Civ. 1951  (PAE ) (BCM )

Plaintiff,  Securities and Exchange Commission

-v-

Defendant.  AT&T, Inc., et al.

------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____

_____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

_____

All such motions: _____

Counsel for plaintiff is directed to contact the Magistrate Judge's chambers to schedule a settlement conference on a mutually agreeable date at such time that the parties agree a conference would be useful.

*Do not check if already referred for general pretrial.

Dated  August 4, 2022

SO ORDERED:

*Paul A. Engelmayer* (signature)

United States District Judge