

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

DIVISION OF
ENFORCEMENT

August 5, 2022

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     **Re: SEC v. AT&T, Inc., et al., 21 Civ. 01951 (PAE) (S.D.N.Y.)**

Dear Judge Engelmayer:

  Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this cover letter in connection with its filing today of unredacted versions of Plaintiff's Exhibit ("PX") 64 (Caleb Stein transcript excerpts originally filed at DE 95-64, 178-64, and 229-10); PX 84 (Stein transcript excerpts originally filed at DE 95-84, 178-84, and 229-11); and PX 156 (Stein transcript excerpts originally filed at DE 131-51, 190-51, and 229-14), in light of the Court's June 29, 2022 Order (DE 260) concerning third-party Wells Fargo's request to seal or redact certain documents. The SEC waited for the Court's ruling concerning proposed redactions to compliance manuals by Wells Fargo (which the Court issued on July 22, 2022 (DE 268)) before filing final exhibits in conformity with the Court's orders concerning sealing and redactions.

  In addition, the SEC is filing a revised redacted form of its Local Rule 56.1 statement removing redactions in certain parentheticals in light of the Court's June 29, 2022 Order.

           Respectfully submitted,

           */s/ Victor Suthammanont*

           Victor Suthammanont


cc (via ECF): Noreen A. Kelly, Esq. (Counsel for Third Party Wells Fargo Securities, LLC)
       Richard S. Krumholz, Esq. (Counsel for Defendant AT&T, Inc.)
       Randall W. Jackson, Esq. (Counsel for Defendant AT&T, Inc.)
       Jeffrey M. Tillotson, Esq. (Counsel for Defendants Black, Evans, and Womack)
       Leslie C. Thorne, Esq. (Counsel for Defendants Black, Evans, and Womack)