UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Securities and Exchange Commission,

                    Plaintiff,                    **ORDER**

      -against-                  **21-CV-1951 (PAE) (JW)**

AT&T, Inc., *et al.*,

                   Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter was redesignated to Judge Willis on August 8, 2022. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in September. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Willis's Individual Practices.

SO ORDERED.

DATED:    New York, New York
             August 11, 2022

                                                                  *Jennifer E. Willis*
                                                                  JENNIFER E. WILLIS
                                                                  United States Magistrate Judge