UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
SECURITIES AND EXCHANGE COMMISSION,             :
:      21 Civ. 1951 (PAE)
Plaintiff,    :
:      ORDER
-v-                         :
:
AT&T INC., et al.,                               :
:
Defendants.   :
:
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

On September 8, 2022, the Court issued an opinion and order which, *inter alia*, denied the parties' cross-motions for summary judgment, and stated that an order as to next steps would follow. Dkt. 281. The Court understands that a settlement conference with Magistrate Judge Willis is scheduled for September 26, 2022. *See* Dkt. 277. The Court directs that, should that conference not result in settlement, the parties thereafter meet and confer and, on October 17, 2022, submit a joint letter setting out their view(s) as to next steps in this case, including a proposed schedule through the start of trial, and including an estimate of the length of a trial. To enable the parties—undistracted by the press of other work in this matter—to prepare for the settlement conference and to participate in such post-settlement-conference communications as may be necessary to finalize a settlement, the Court does not otherwise impose any obligations on counsel until the October 17 joint letter.

SO ORDERED.

                                                                           *Paul A. Engelmayer*
                                                                           _____
                                                                           Paul A. Engelmayer
                                                                           United States District Judge

Dated: September 14, 2022
           New York, New York