UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,          :

                                             :          21 Civ. 1951 (PAE)

                                   Plaintiff, :

                                             :          ORDER

                    -v-                      :

                                             :

AT&T INC., et al.,                           :

                                             :

                                 Defendants. :

                                             :

                                             :

-------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

The Court has received a joint request from counsel to extend the deadline for its status

letter, *see* Dkt. 282, from October 17, 2022, to October 31, 2022.  The Court grants this request.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: October 13, 2022
       New York, New York