UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                           Plaintiff,

           -v-

AT&T INC., et al.,

                          Defendants.

21 Civ. 1951 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a joint request from counsel to extend the deadline for its status letter, *see* Dkt. 283, from October 31, 2022, to December 5, 2022. The Court grants this request.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 1, 2022
        New York, New York