UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                          :

SECURITIES AND EXCHANGE COMMISSION,     :

                           Plaintiff,     :

                              :

               -v-                         :

AT&T INC. et al.,                          :

                       Defendants.     :

                              :
------------------------------------------------------------------------ X

21 Civ. 1951 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

The Court has reviewed the proposed consent judgments submitted for the Court's review. These were reached by the parties with the able settlement assistance of the Hon. Jennifer E. Willis, United States Magistrate Judge. In evaluating these, the Court has drawn upon its familiarity with the case, as a result of its having presided over this litigation from the outset, its review and resolution of the cross motions for summary judgment, and its colloquy with counsel about the case at the July 6, 2022 hearing on summary judgment. The Court has determined that the proposed judgments each are lawful, fair and reasonable, clear, resolve the actual claims in the case, and are not the product of improper collusion, and that the public interest is served, not disserved, by the injunctive relief embodied in the consent judgments. The consent judgments accordingly satisfy the governing standards. *See SEC v. Citigroup Global Mkts.*, 752 F.23d 285, 294 (2d Cir. 2014). The Court today therefore has signed and is issuing the consent judgments.

The Clerk of Court is respectfully directed to terminate all pending motions and close the case.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 5, 2022
New York, New York